IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MARY L. STAPLER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 3:04cv1092-T |
| | ) (WO) |
| **WAL-MART STORES, INC.,** | ) |
| | ) |
| Defendant. | ) |

ORDER

It is ORDERED that the joint motion to continue (Doc. No. 8) is denied.  The July 30 deadline was agreed upon by the parties in their joint report filed on December 1, 2004 (Doc. No. 3).

DONE, this the 4th day of May, 2004.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE